UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                      Chapter 11

**LEEBER REALTY, LLC,**                                       Case No.

                        Debtor.
-----------------------------------------------------------X

## CERTIFICATION OF RESOLUTION

I, the undersigned, Bernard Cohen, as Trustee of the Bernard Cohen Revocable Trust, Member of Leeber Realty, LLC (the "Company"), do hereby certify that at a meeting of the Company duly called and held on July 16, 2018, the following resolutions were adopted and recorded in the Minute Book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

      "**RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, partners and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

      "**RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that Bernard Cohen, as Trustee of the Bernard Cohen Revocable Trust, Member of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further

      "**RESOLVED,** that Bernard Cohen, as Trustee of the Bernard Cohen Revocable Trust, Member of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to take any and all other actions which he may deem necessary or proper in connection with such Chapter 11 case, and, in that connection, that the firm of Joseph J. Haspel be retained and employed as legal counsel for the Company under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case."

IN WITNESS WHEREOF, I have hereunto set my hand and seal of the Company this 16th day of July, 2018.

By: /s/ Bernard Cohen
Bernard Cohen, Trustee of the
Bernard Cohen Revocable Trust
Member