UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                                Chapter 11

LEEBER REALTY LLC                                       Case No. 18-23094-rdd

                Debtor.
-------------------------------------------------------------x

## ORDER PROHIBITING DEBTOR'S USE OF CASH COLLATERAL

Upon the motion, dated August 24, 2018 (the "Motion"), of Flushing Bank (with any subsequent successor or assign, the "Creditor"), for an order prohibiting the use of cash collateral of the above-captioned debtor and debtor in possession (the "Debtor"); and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on October 18, 2018; and the Debtor having opposed the relief requested in the Motion; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that, pending further order of the Court after due notice, or the Creditor's consent, the Debtor is prohibited from using any of the cash in which the debtor has an interest that constitutes cash collateral as defined in section 363(a) of title 11 of the United States Code. As confirmed at the hearing on the Motion, this Order does not prohibit any non-Debtor from using its cash.

Dated: White Plains, New York
       October 24, 2018

                                                /s/ Robert D. Drain
                                                UNITED STATES BANKRUPTCY JUDGE