**HEARING DATE: March 3, 2020 at 3:30 p.m.**

WILLIAM K. HARRINGTON
United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
Telephone: (212) 510–0500
By: Benjamin J. Higgins
Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                            :

In re                                                     :    Case No. 18-23094 (RDD)
                                                            :

LEEBER REALTY LLC,              :    Chapter 11
                                                            :
                            Debtor.    :
                                                            :
---------------------------------------------------------- x

## NOTICE OF STATUS CONFERENCE

       **PLEASE TAKE NOTICE** that on February 19, 2020, William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), through counsel, filed the *United States Trustee's Request for Status Conference* (ECF No. 43).

       **PLEASE TAKE FURTHER NOTICE** that the Court will hold a status conference on **March 3, 2020 at 3:30 p.m.**   The status conference will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601.   Parties may attend telephonically by contacting CourtCall.

Dated: March 2, 2020
      New York, New York

                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE

By:   */s/ Benjamin J. Higgins*
        Benjamin J. Higgins
        Trial Attorney
        201 Varick Street, Suite 1006
        New York, New York 10014
        Tel. No. (212) 510-0500
        Fax. No. (212) 668-2255